**Order filed May 7, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-01020-CR
_____

**CHRISTEN LEE SHANEHCHIAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from County Criminal Court at Law No. 6**
**Harris County, Texas**
**Trial Court Cause No. 1689765**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f), that it must inspect the original of State's Exhibit No. 3, DVD Scene Video.

The clerk of County Criminal Court at Law No. 6 is directed to deliver to the clerk of this court the original of State's Exhibit No. 3, DVD Scene Video, on or before **May 14, 2012.** The clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion

of inspection, to return the original of State's Exhibit No. 3, DVD Scene Video, to the clerk of County Criminal Court at Law No. 6.

PER CURIAM